UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SMITH ,

    Plaintiff,

 -vs-                                              Case No. 17-10095
                                                   Hon. Laurie J. Michelson

MICHIGAN RECEIVABLE MANAGEMENT, LLC,  et al.

    Defendants.

## STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE

The parties to this stipulation agree that all claims against all defendants should be dismissed with prejudice and without costs or attorneys fees.

Stipulated to by:

| | |
|---|---|
| By:   s/ Adam G. Taub | By:   s/Charity A. Olson |
| Adam G. Taub (P48703) | Charity A. Olson |
| ADAM G. TAUB & ASSOCIATES | Attorney for Defendants |
| CONSUMER LAW GROUP, PLC | 2723 S. State St. Ste 150 |
| Attorney for David Smith | Ann Arbor, MI 48104 |
| 17200 West Ten Mile Rd, Ste 200 | 7342225179 |
| Southfield, MI 48075 | colson@olsonlawpc.com |
| (248) 746-3790 | |
| adamgtaub@clgplc.net | |

Dated: July 18, 2017

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SMITH ,

    Plaintiff,

 -vs-                                     Case No. 17-10095
                                        Hon. Laurie J. Michelson

MICHIGAN RECEIVABLE MANAGEMENT, LLC*, et al.*

    Defendants.

## **ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**

    Based on the stipulation of the parties, all claims against all defendants are hereby dismissed with prejudice and without costs or attorneys fees.

**SO ORDERED**.

                                                               s/Laurie J. Michelson
                                                               LAURIE J. MICHELSON
Dated: July 18, 2017                                     U.S. DISTRICT JUDGE